**Order filed February 14, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00640-CV
_____

## DAVID LEE STUDER, P.E., Appellant

## V.

## JACK B. MOORE AND ONESUBSEA, LLC, Appellees

**On Appeal from the 165th District Court
Harris County, Texas
Trial Court Cause No. 2017-19260**

## ORDER

This is an attempted appeal from the grant of a summary judgment. The record, however, contains no signed final judgment.

Appellees filed a motion to abate this appeal to allow supplementation of the record with a final judgment. On October 9, 2018 this court abated the appeal so that the trial court could sign an order memorializing its ruling on the summary judgment.

A supplemental clerk's record containing the trial court's judgment was ordered to be filed with the clerk of this court on or before December 11, 2018.

On January 8, 2019 this court issued a continuing abatement order requesting that the trial court sign an order memorializing its ruling and requesting a supplemental clerk's record containing the judgment to be filed on or before February 7, 2019. The trial court appears to have signed a final summary judgment January 24, 2019, but the clerk's record has not been supplemented in this court.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before February 28, 2019, containing the final summary judgment signed January 24, 2019.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM